UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FILED
US DISTRICT COURT
DISTRICT OF VT
06/09/2025

**In the Matter of:**                                                                 **2:25-mc-83**

**Arrests Within Judiciary-Controlled Space of Courthouses**

### GENERAL ORDER NO. 125

This order establishes an interim policy regarding arrests taking place within judiciary-controlled space in the District of Vermont until a district-wide policy for the district's courthouses can be promulgated by the Court Security Committee.

It is the policy and practice of the District of Vermont that all arrests in the Burlington and Rutland courtrooms and judiciary space of each courthouse be conducted by the United States Marshals Service ("USMS"), including the internal spaces of the United States Probation Office. Outside state and federal agencies and personnel seeking to execute an arrest warrant shall coordinate with the USMS to effect such arrest in spaces controlled by non-judiciary tenants.

The clerk of court shall convene a meeting of the district's Court Security Committee for the purpose of discussing and establishing building-wide policies for arrests taking place within the public confines of each courthouse.

SO ORDERED.

Dated at Burlington, within the District of Vermont, this 9th day of June, 2025.

_____
Christina Reiss, Chief Judge
